# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>v.<br><br>JOSE CARLOS MONTES,<br><br>                          Defendant. | Case No.: 23cr2563-WQH<br><br>**ORDER** |

HAYES, Judge,

      On June 10, 2024, this Court sentenced Defendant to serve 70 months in the custody of the Bureau of Prisons for importation of methamphetamine in violation of 21 U.S.C. §§ 952 and 960. (ECF No. 38.)

      On January 16, 2025, Defendant, proceeding pro se, filed a Motion for Compassionate Release. (ECF No. 40.)

      Pursuant to General Order No. 692-B, "the judge considering the motion [for compassionate release filed pro se by any defendant previously entitled to appointment of counsel, such as this Defendant] will promptly notify Federal Defenders [of San Diego, Inc.] of all pending pro se motions seeking compassionate release, so Federal Defenders can conduct a timely evaluation." This Court appoints the Federal Defenders to "evaluate

whether . . . [the] defendant . . . is eligible to petition the Court for compassionate release in accordance with § 603(b) [of the First Step Act of 2018]."

IT IS HEREBY ORDERED that Federal Defenders shall file a status report as set forth in General Order 692-B(4) no later than February 21, 2025.

The Clerk of the Court shall send a copy of this Order to Federal Defenders, Defendant, and Plaintiff United States.

Dated: January 21, 2025

*[signature]*
Hon. William Q. Hayes
United States District Court