# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 23cr2563-WQH |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| JOSE CARLOS MONTES, | |
| Defendant. | |

HAYES, Judge,

On June 10, 2024, this Court sentenced Defendant to serve 70 months in the custody of the Bureau of Prisons for importation of methamphetamine in violation of 21 U.S.C. §§ 952 and 960. (ECF No. 38.)

On January 16, 2025, Defendant, proceeding pro se, filed a Motion for Compassionate Release. (ECF No. 40.)

On January 21, 2025, the Court issued an Order requiring Federal Defenders to file a status report regarding Defendant's Motion for Compassionate Release, as set forth in General Order 692-B(4). (ECF No. 41.)

The docket reflects that Federal Defenders has not filed a status report.

IT IS HEREBY ORDERED that Federal Defenders shall file a status report as set forth in General Order 692-B(4) no later than April 25, 2025.

The Clerk of the Court shall send a copy of this Order to Federal Defenders, Defendant, and Plaintiff United States.

Dated: April 1, 2025

Hon. William Q. Hayes
United States District Court